QCUE, INC., Plaintiff–Appellee,

v.

DIGONEX TECHNOLOGIES, INC., Defendant–Appellant.

Digonex Technologies, Inc.,
Plaintiff–Appellant,

v.

Qcue, Inc., Defendant–Appellee.

Nos. 2014–1028, 2014–1029.

United States Court of Appeals,
Federal Circuit.

Aug. 11, 2014.

Michael J. Sacksteder, Fenwick & West LLP, of San Francisco, CA, argued for appellant. With him on the brief were David D. Schumann and Jeffrey A. Ware.

Barry K. Shelton, Bracewell & Giuliani LLP, of Austin, TX, argued for appellee. On the brief were Edward A. Cavazos and Ben Bernell. Of counsel was Conor M. Civins.

PROST, Chief Judge, O'MALLEY and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**